# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

BRITTANI HENRY and
BRITTNI ROGERS, *et al.*,

        Plaintiffs,

v.

THEODORE E. WYMYSLO, *et al.*,

        Defendants.

Case No. 1:14-cv-129

Judge Timothy S. Black

## BRIEFING SCHEDULE

Upon agreement by the parties, the Court enters the following briefing schedule on injunctive relief:

| | |
|---|---|
| Answers: | **February 25, 2014** |
| Fact stipulations and additional declarations: | **February 28, 2014** |
| Plaintiffs' motion for permanent injunction: | **February 28, 2014** |
| Defendants' memoranda contra: | **March 19, 2014** |
| Plaintiffs' reply memorandum: | **April 1, 2014** |
| Oral argument on motion for permanent Injunction in Cincinnati Courtroom 836: | **April 4, 2014 at 10:00 a.m.** |

**IT IS SO ORDERED.**

*Timothy S. Black*
Timothy S. Black
United States District Judge