**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **BRITTANI HENRY, et al.** : | |
| : | |
| Plaintiffs, : | Case No. 1:14-CV-00129 |
| : | |
| v. : | JUDGE TIMOTHY S. BLACK |
| : | |
| **THEODORE E. WYMYSLO, M.D.,** : | |
| : | |
| Defendant. : | |

**DEFENDANT'S NOTICE OF SUBSTITUTION OF PARTY**

Pursuant to Fed. R. Civ. P. 25(d), notice is hereby given to the Court and counsel for all parties of record of the substitution of Lance Himes for Theodore E. Wymyslo as Director of the Ohio Department of Health.

Respectfully submitted,

MICHAEL DEWINE (0009181)
Ohio Attorney General

*/s/ Ryan L. Richardson*
RYAN L. RICHARDSON (00090382)*
    *Lead and Trial Counsel*
BRIDGET E. COONTZ (0072919)
ZACHERY P. KELLER (0086930)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
ryan.richardson@ohioattorneygeneral.gov
bridget.coontz@ohioattorneygeneral.gov
zachery.keller@ohioattorneygeneral.gov

*Counsel for Lance Himes,
Director of the Ohio Department of Health*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Defendant's Notice of Substitution of Party* was electronically filed with the U.S. District Court, Southern District of Ohio, on April 3, 2014, and served upon all parties of record via the court's electronic filing system.

                                            */s/ Ryan L. Richardson*
                                            RYAN L. RICHARDSON (0090382)
                                            Assistant Attorney General